IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 93-cv-2181-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE TELLURIDE COMPANY, and
MOUNTAIN VILLAGE, INC., d/b/a
TELLURIDE MOUNTAIN VILLAGE, INC.,

        Defendants.

---

## ORDER TERMINATING CONSENT DECREE
---

KANE, J.

        The government moves in accordance with Paragraph 52 of the Consent Decree entered into by the parties and approved by the Court, for a termination of the Consent Decree. The government agrees Defendants have fully complied with the terms and conditions of the Decree and have paid the civil and stipulated penalties due. Finding the parties have met the conditions for termination of the Consent Decree, IT IS ORDERED that the Consent Decree entered on April 26, 1997, is TERMINATED.

        The parties and their counsel are commended for their long term efforts in resolving this matter in a manner that both the interest they represent as well as the public's interest at large.

        Dated this 25th day of October, 2013.

        **s/John L. Kane**
        SENIOR U.S. DISTRICT JUDGE